**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RAYMOND TIERNEY, WAYNE F. MILLS, JR., ALAN GINET, ERIC J. MOSS, SAMMY FARLAND, DONALD J. McCLAFFERTY, RICARDO BACANI, PAUL LUONGO, and STEPHEN H. MCGUINNESS, on behalf of themselves and all persons similarly situated,** | ) | **CIVIL ACTION NO. 05-220** |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **FEDEX GROUND PACKAGE SYSTEM, INC.,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION TO EXCEED**
**PAGE LIMIT FOR EXHIBITS**

Defendant, FedEx Ground Package System, Inc. ("FedEx Ground"), hereby moves to exceed the five-page limit for the exhibits to the Defendant's Memorandum of Law in Support of its Motion to Stay Proceedings Pending a Transfer Decision by the Judicial Panel on Multidistrict Litigation.

A Memorandum is filed herewith.

I hereby certify that on this 16th day of June, 2005, a true and correct copy of the foregoing Motion to Exceed the Page Limit was served by U.S. Mail on the following:

Peter N. Wasylyk
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

Wood R. Foster, Jr.
Jordan M. Lewis
Siegel, Brill, Greupner, Duffy & Foster, P.A.
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103



PRV_737893_1/EDOLAN

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RAYMOND TIERNEY, WAYNE F. MILLS, JR., ALAN GINET, ERIC J. MOSS, SAMMY FARLAND, DONALD J. McCLAFFERTY, RICARDO BACANI, PAUL LUONGO, and STEPHEN H. MCGUINNESS, on behalf of themselves and all persons similarly situated,**

**Plaintiffs,**

**v.**

**FEDEX GROUND PACKAGE SYSTEM, INC.,**

**Defendant.**

**CIVIL ACTION NO. 05-220**

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS**

Defendant, FedEx Ground Package System, Inc. ("FedEx Ground"), has moved to exceed the five-page limit for the exhibits to the Defendant's Memorandum of Law in Support of its Motion to Stay Proceedings Pending a Transfer Decision by the Judicial Panel on Multidistrict Litigation.

Defendant moves to attach the following exhibits to the Memorandum of Law in Support of its Motion to Stay Proceedings Pending a Transfer Decision by the Judicial Panel on Multidistrict Litigation:

A. FedEx Ground's Motion to Transfer for Coordinated Pretrial

B. FedEx Ground's Notices of Related Action

C. Gregory Agreed Order

D. Craig Order

E. Lester Order

F. Anfinson Order

G. Alexander Order

H. Kilmartin Order

I. Griffin Order

J. Lee Order

K. Bunger Order

L. Capers Stipulation

M. Order Denying Transfer

These exhibits are integral to the argument advanced by the Defendant and need to be submitted for the Court to fully understand the Defendant's position.

Respectfully submitted,

Patricia A. Sullivan

PATRICIA A. SULLIVAN (#2120)
JOHN D. DORAN (#6415)
EDWARDS & ANGELL, LLP
2800 FINANCIAL PLAZA
PROVIDENCE, RI 02903
PH: (401) 274-9200
FAX: (401) 276-6611



PRV_737900_1/EDOLAN

Of Counsel:

JOHN H. BEISNER
EVELYN L. BECKER
O'MELVENY & MYERS LLP
1625 EYE STREET N.W.
WASHINGTON, D.C. 20006
PH: (202) 383-5300
FAX: (202) 383-5414

*Attorneys for Defendant FedEx Ground Package System, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of June, 2005, a true and correct copy of the foregoing Memorandum in Support of Defendant's Motion to Exceed the Page Limit was served by U.S. Mail on the following:

Peter N. Wasylyk
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

Wood R. Foster, Jr.
Jordan M. Lewis
Siegel, Brill, Greupner, Duffy & Foster, P.A.
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103