UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RAYMOND TIERNEY, ET AL.,

Plaintiffs,

v. C.A. No. 05-220S

FEDEX GROUND PACKAGE SYSTEM, INC.,

Defendant.

**ORDER**

I hereby recuse myself from participation in this litigation.

ORDER:

By: [signature]
Deputy Clerk

ENTER:

[signature]
William E. Smith
U.S. District Judge

Date: 6/17/05