IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RAYMOND TIERNEY, WAYNE F. MILLS, JR., ALAN GINET, ERIC J. MOSS, SAMMY FARLAND, DONALD J. McCLAFFERTY, RICARDO BACANI, PAUL LUONGO, and STEPHEN H. MCGUINNESS, on behalf of themselves and all persons similarly situated,

Plaintiffs,

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,

Defendant.

CIVIL ACTION NO. 05-220

FILED
JUN 16 2005

**DEFENDANT'S MOTION TO EXCEED PAGE LIMIT FOR EXHIBITS**

Defendant, FedEx Ground Package System, Inc. ("FedEx Ground"), hereby moves to exceed the five-page limit for the exhibits to the Defendant's Memorandum of Law in Support of its Motion to Stay Proceedings Pending a Transfer Decision by the Judicial Panel on Multidistrict Litigation.

A Memorandum is filed herewith.

Granted.
Mary M. Lisi
USDJ 6/23/05

Respectfully submitted,

Patricia A. Sullivan /jmd

PATRICIA A. SULLIVAN (#2120)
JOHN D. DORAN (#6415)
EDWARDS & ANGELL, LLP
2800 FINANCIAL PLAZA
PROVIDENCE, RI 02903
PH: (401) 274-9200
FAX: (401) 276-6611

Of Counsel:

JOHN H. BEISNER
EVELYN L. BECKER
O'MELVENY & MYERS LLP
1625 EYE STREET N.W.
WASHINGTON, D.C. 20006
PH: (202) 383-5300
FAX: (202) 383-5414

*Attorneys for Defendant FedEx Ground Package System, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2005, a true and correct copy of the foregoing Motion to Exceed the Page Limit was served by U.S. Mail on the following:

Peter N. Wasylyk
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

Wood R. Foster, Jr.
Jordan M. Lewis
Siegel, Brill, Greupner, Duffy & Foster, P.A.
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103