**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RAYMOND TIERNEY, WAYNE F. MILLS, JR., ALAN GINET, ERIC J. MOSS, SAMMY FARLAND, DONALD J. McCLAFFERTY, RICARDO BACANI, PAUL LUONGO, and STEPHEN H. MCGUINNESS, on behalf of themselves and all persons similarly situated,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 05-220** |
| **FEDEX GROUND PACKAGE SYSTEM, INC.,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF FILING OF EXHIBITS**
**CITED IN DEFENDANT'S MEMORANDUM OF LAW**
**IN SUPPORT OF ITS MOTION TO STAY**

In reliance upon the Order of June 23, 2005, permitting more pages to be filed, defendant FedEx Ground Package System, Inc. hereby files the Exhibits Cited in its Memorandum of Law in Support of Its Motion to Stay.

Respectfully submitted,

PATRICIA A. SULLIVAN (#2120)
JOHN D. DORAN (#6415)
EDWARDS & ANGELL, LLP
2800 FINANCIAL PLAZA
PROVIDENCE, RI 02903
PH: (401) 274-9200
FAX: (401) 276-6611

JUNE 23, 2005

Of Counsel:

JOHN H. BEISNER
EVELYN L. BECKER
O'MELVENY & MYERS LLP
1625 EYE STREET N.W.
WASHINGTON, D.C. 20006
PH: (202) 383-5300
FAX: (202) 383-5414

*Attorneys for Defendant FedEx Ground Package System, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June, 2005, a true and correct copy of the foregoing Exhibits Cited in Defendant's Memorandum of Law in Support of Its Motion to Stay was served by U.S. Mail on the following:

Peter N. Wasylyk
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

Wood R. Foster, Jr.
Jordan M. Lewis
Siegel, Brill, Greupner, Duffy & Foster, P.A.
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103