UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Raymond Tierney, Wayne F. Mills, Jr., Alan Ginet, Eric J. Moss, Sammy Farland, Donald J. McClafferty, Ricardo Bacani, Paul Luongo and Stephen H. McGuinness, on behalf of themselves and all persons similarly situated, | : | Case No.: 05-220 |
| Plaintiffs, | : | |
| v. | : | |
| FedEx Ground Package System, Inc., | : | |
| Defendant. | : | |

## Affidavit of Jordan M. Lewis

STATE OF PENNSYLVANIA )
)SS
COUNTY OF PHILADELPHIA )

**Jordan M. Lewis**, being first duly sworn upon oath states:

1. I am one of the attorneys representing the plaintiffs and I make this affidavit based upon my personal knowledge.

2. Attached at **Tab A** is a decision arising out of the Estrada v. FedEx Ground case pending in the Superior Court of the State of California.

**FURTHER THIS AFFIANT SAYETH NOT.**

Dated: June 30, 2005

By: ______________________
Jordan M. Lewis

**SWORN TO BEFORE ME THIS 29TH DAY OF JUNE 2005**

______________________
**NOTARY PUBLIC**

NOTARIAL SEA
MARGARET A. KEANE, Not
City of Philadelphia, Phil
My Commission Expires July

NOTARIAL SEAL
MARGARET A. KEANE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires July 6, 2006