UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Raymond Tierney,<br>Wayne F. Mills, Jr., Alan Ginet,<br>Eric J. Moss, Sammy Farland,<br>Donald J. McClafferty, Ricardo Bacani,<br>Paul Luongo and Stephen H. McGuinness, on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FedEx Ground Package System, Inc.,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No.: 05-220L |

# Memorandum in Support of Plaintiffs' Objection to Defendant's Motion To Stay

As explained in their motion for leave to amend and accompanying memorandum, which is filed contemporaneously with this pleading, plaintiffs have no objection to defendant's motion to stay *with one exception*. Plaintiffs seek leave to amend their complaint and respectfully request that defendant not be permitted to prevent that from occurring.

As set forth in their motion papers, which are incorporated here, plaintiffs easily satisfy the requirements of Fed. R. Civ. P. 15 and should be permitted leave to amend. Their proposed amended complaint corrects a few typographical errors, sharpens a few allegations and - most notably - shrinks the size of the putative class from national in scope to Rhode Island-drivers only. In other words, plaintiffs' proposed Amended Complaint reduces defendant's exposure dramatically.

Defendant's anticipated opposition to both plaintiffs' motion to amend and their opposition to plaintiffs' objection to defendant's motion to stay will not based on the merits. Defendant has concluded that it is best served if it can represent to the Multi-District Litigation panel that it confronts a national class here in Rhode Island, *even though it knows* that the plaintiffs are attempting to limit the scope of their proposed class to Rhode Island drivers only. And no doubt, there may well be strategic advantages to making such representations to the MDL panel. But these strategic purposes provide no basis to deny a well-grounded and reasonable motion to amend brought under Rule 15 of the Federal Rules of Civil Procedure.

In sum, defendant can raise no legitimate opposition to plaintiffs' motion to amend. The Court should permit plaintiffs to file their motion to amend, and should permit plaintiffs to be heard on their motion without regard to defendant's motion to stay.

Respectfully submitted,

Dated: 7/15/05

By: Peter N. Wasylyk /JML

Peter N. Wasylyk
**LAW OFFICES OF**
**PETER N. WASYLYK**
1304 Chalkstone Avenue
Providence, RI 02098
401-831-7730
401-801-6064 (facsimile)

Wood R. Foster Jr.
Jordan M. Lewis
**SIEGEL, BRILL, GREUPNER,**
**DUFFY & FOSTER, P.A.**
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
215-814-9322
215-814-9323 (facsimile)

**ATTORNEYS FOR PLAINTIFFS**

# CERTIFICATE OF SERVICE

I, Jordan M. Lewis, hereby certify that a true and correct copy of the following:

- Plaintiffs' Notice of Objection to Defendant's Motion To Stay;
- Plaintiffs' Memorandum in Support of Plaintiffs' Objection to Defendant's Motion To Stay;
- [Corrected] Memorandum In Support of Motion To Amend Complaint

was sent to the following counsel by overnight mail:

Patricia A. Sullivan
Edwards & Angel LLP
2800 Financial Plaza
Providence, RI 02903

Guy G. Brenner
O' Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006-4001

Dated: 7/19/05

Jordan Lewis

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Raymond Tierney,<br>Wayne F. Mills, Jr., Alan Ginet,<br>Eric J. Moss, Sammy Farland,<br>Donald J. McClafferty, Ricardo Bacani,<br>Paul Luongo and Stephen H. McGuinness, on behalf of themselves and all persons similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FedEx Ground Package System, Inc.,<br><br>Defendant. | Case No.: 05-220L |

## Plaintiffs' Objection to Defendant's Motion To Stay

Plaintiffs hereby object to defendant's motion to stay. In support of their objection, the Court is respectfully referred to the accompanying memorandum.

Respectfully submitted,

Dated: 7/19/05

By: [signature]

Peter N. Wasylyk
**LAW OFFICES OF**
**PETER N. WASYLYK**
1304 Chalkstone Avenue
Providence, RI 02098
401-831-7730
401-801-6064 (facsimile)

Wood R. Foster Jr.
Jordan M. Lewis
**SIEGEL, BRILL, GREUPNER,**
**DUFFY & FOSTER, P.A.**
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
215-814-9322
215-814-9323 (facsimile)

**ATTORNEYS FOR PLAINTIFFS**