**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RAYMOND TIERNEY, WAYNE F. MILLS, JR., ALAN GINET, ERIC J. MOSS, SAMMY FARLAND, DONALD J. McCLAFFERTY, RICARDO BACANI, PAUL LUONGO, and STEPHEN H. MCGUINNESS, on behalf of themselves and all persons similarly situated,** | ) | **CIVIL ACTION NO. 05-220** |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **FEDEX GROUND PACKAGE SYSTEM, INC.,** | ) | |
| **Defendant.** | ) | |

**FEDEX GROUND PACKAGE SYSTEM, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

FedEx Ground Package System, Inc., is a wholly-owned subsidiary of FedEx Corporation, a publicly traded company. FedEx Home Delivery is a division of FedEx Ground Package System, Inc. Other than FedEx Corporation, there is no publicly held corporation that owns 10% or more of FedEx Ground Package System, Inc.'s stock.

Dated: July 15, 2005

Respectfully submitted,

PATRICIA A. SULLIVAN (#2120)
JOHN D. DORAN (#6415)
EDWARDS & ANGELL, LLP
2800 FINANCIAL PLAZA
PROVIDENCE, RI 02903

FILED

PH: (401) 274-9200
FAX: (401) 276-6611

Of Counsel:

JOHN H. BEISNER
EVELYN L. BECKER
O'MELVENY & MYERS LLP
1625 EYE STREET N.W.
WASHINGTON, D.C. 20006
PH: (202) 383-5300
FAX: (202) 383-5414

*Attorneys for Defendant FedEx Ground Package System, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2005, a true and correct copy of the foregoing Rule 7.1 Disclosure Statement was served by U.S. Mail on the following:

Peter N. Wasylyk
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

Wood R. Foster, Jr.
Jordan M. Lewis
Siegel, Brill, Greupner, Duffy & Foster, P.A.
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103